SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2002

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROLAND LARGO, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR02-00215 SOM <br><br> INDICTMENT <br><br> 21 U.S.C. §§ 841(a)(1), <br> 841(b)(1)(B); <br><br> 21 U.S.C. §§ 841(a)(2), <br> 841(b)(1)(B) |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about November 13, 2000, in the District of Hawaii, defendant Roland Largo knowingly and intentionally distributed five (5) grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

<u>Count 2</u>

The Grand Jury charges that:

On or about November 21, 2000, in the District of Hawaii, defendant Roland Largo did steal, purloin, and knowingly convert to his own use and the use of another monies of the United States, to wit: United States currency in the amount of $2,700.

In violation of Title 18, United States Code, Section 641.

DATED: ___May 23___, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

<u>United States v. Roland Largo</u>
Cr. No. _____
"Indictment"